IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 9:20-517 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| THERESA LAWSON | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, THERESA LAWSON, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

September 1, 2020

PETER M. MCCOY, JR.
UNITED STATES ATTORNEY

By: _____
Emily Limehouse (#12300)
Assistant United States Attorney
151 Meeting Street
Post Office Box 978
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: Emily.Limehouse@usdoj.gov