# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　CASE NO.　9:20-cr-517

Theresa Lawson

## PLEA

The Defendant, __Theresa Lawson__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_Theresa Lawson_　　s/ Chris Geel with permission
(Signed)　Defendant

September, 9. 2020
Charleston, South Carolina